No. 89–2001.   PANHANDLE EASTERN PIPE LINE CO. ET AL. *v.* COLUMBIA GAS TRANSMISSION CORP. ET AL.; and
No. 90–131.   FEDERAL ENERGY REGULATORY COMMISSION *v.* COLUMBIA GAS TRANSMISSION CORP. ET AL.   C. A. D. C. Cir. Motion of Interstate Natural Gas Association for leave to file a

*See also note *, p. 892.

brief as *amicus curiae* granted. Certiorari denied. Reported below: 282 U. S. App. D. C. 386, 895 F. 2d 791.